AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Leo L. | U.S. District Court, W.D. Ky. | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
501 Broadway
Paducah, Ky, 42001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Sherman, Carter, Barnhart, PSC, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Paducah Bank and Trust, Checking Account | A | Interest | J | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. -Wells Fargo Money Market Account | A | Interest | N | T | | | | | |
| 4. -AT&T Stock | C | Dividend | L | T | | | | | |
| 5. -Abbot Laboratories Stock | A | Dividend | K | T | | | | | |
| 6. -Abbvie Inc Stock | B | Dividend | K | T | | | | | |
| 7. -Archer Daniels Midland Stock | B | Dividend | K | T | | | | | |
| 8. -Bristol Myers Squibb Stock | C | Dividend | M | T | | | | | |
| 9. -Cegene Corp Stock | A | Dividend | N | T | | | | | |
| 10. -Chevron Corp Stock | C | Dividend | L | T | | | | | |
| 11. -Comcast Corp Stock | A | Dividend | K | T | | | | | |
| 12. -Corning Inc Stock | A | Dividend | K | T | | | | | |
| 13. -Disney Stock | C | Dividend | M | T | | | | | |
| 14. -Exxon Stock | B | Dividend | L | T | | | | | |
| 15. -GE Stock | B | Dividend | L | T | | | | | |
| 16. -General Mills Stock | C | Dividend | L | T | | | | | |
| 17. -Halliburton Co Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Hasbro Inc Stock | B | Dividend | K | T | | | | | |
| 19.   -Intell Corp Stock | C | Dividend | M | T | | | | | |
| 20.   -IBM Stock | C | Dividend | L | T | | | | | |
| 21.   -McCormick & Co Inc Stock | B | Dividend | L | T | | | | | |
| 22.   -Merk & Co. Stock | C | Dividend | L | T | | | | | |
| 23.   -Microsoft Stock | C | Dividend | M | T | | | | | |
| 24.   -Oracle Corp Stock | B | Dividend | L | T | | | | | |
| 25.   -PNC Financial Services Stock | A | Dividend | K | T | | | | | |
| 26.   -Nuveen Invt Fds Inc Real Estate Secs Fund Cl A | C | Dividend | M | T | | | | | |
| 27.   -PIMCO All Asset Authority Fund Class C | C | Dividend | M | T | | | | | |
| 28.   -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | C | Dividend | M | T | | | | | |
| 29.   -Principal Invs Fd Real Estate Secs Fd Cl A | B | Dividend | M | T | | | | | |
| 30.   -Principal Global Div Income Fd | C | Dividend | M | T | | | | | |
| 31.   -Proctor & Gamble Stock | C | Dividend | M | T | | | | | |
| 32.   -Southern Company Stock | B | Dividend | K | T | | | | | |
| 33.   -Vodafone Group Stock | B | Dividend | K | T | | | | | |
| 34.   -Verizon Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Louisville/Jefferson Cnty Ky Metro Gvt Pkg ath riv fr city | A | Interest | K | T | | | | | |
| 36. -Shelby Cnty Ky sch dist fin corp sch bldg rev b/e | A | Interest | K | T | | | | | |
| 37. -First Trust Dorsey Wright Relative Strength | A | Interest | | | Redeemed | 07/21/15 | L | B | |
| 38. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 39. -Artisan Partners FDS Small Cap FDS | A | Dividend | | | Sold | 01/06/15 | J | B | |
| 40. -Dodge & Cox FDS, Intl Stk Fd | A | Dividend | | | Sold | 01/06/15 | K | D | |
| 41. -First Eagle Funds Sogen Overseas Fund | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 42. -Goldman Sachs Tr, Finl Square Treas Instrs Fd | A | Dividend | | | Sold | 01/06/15 | J | | |
| 43. -Harbor Fund Cap, Appreciation Fd Instl Cl (See below for repurchase) | A | Dividend | | | Sold | 01/06/15 | K | E | |
| 44. -Harris Assoc Invt Tr Oakmark Equity and Income FD | A | Dividend | | | Sold | 01/06/15 | K | C | |
| 45. -Janus Invt Fd, small cap value fd cl 1 | A | Dividend | | | Sold | 01/06/15 | K | A | |
| 46. -Janus Invt Fd, flexible bd fd class 1 | A | Dividend | | | Sold (part) | 01/06/15 | K | A | |
| 47. | | | | | Sold (part) | 08/04/15 | J | A | |
| 48. | | | | | Sold (part) | 10/28/15 | J | A | |
| 49. -Metropolitan West Funds total return bd fd cl a | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 50. -Davis New York Venture, Fund inc cl y | A | Dividend | | | Sold | 01/06/15 | K | C | |
| 51. -Wells Fargo FDS Emerging Mrkts Equity | A | Dividend | | | Sold | 01/06/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PIMCO Fds Pac Invt, mgmt ser-commodity real return | A | Dividend | | | Sold (part) | 01/06/15 | J | A | |
| 53. | | | | | Sold | 08/04/15 | J | A | |
| 54. -Investment ManagersSer TR I Pioneer Oak Ridge Small Cap Growth Fund* | A | Dividend | | | Sold | 01/06/15 | J | C | |
| 55. -Dreyfus, Emerging Mrkts Fd cl 1 | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 56. -RS Invt Tr, Value Fd cl y | A | Dividend | | | Sold | 01/06/15 | K | D | |
| 57. -T Rowe Price Real Estate, Fund Inc. | A | Dividend | | | Sold | 01/06/15 | J | C | |
| 58. -T Rowe Price Blue Chip, growth fd | A | Dividend | | | Sold | 01/06/15 | K | E | |
| 59. -Rowe T Price Mid-Cap, growth fd inc | A | Dividend | | | Sold | 01/06/15 | K | D | |
| 60. -Guggenheim S&P Small Cap 600 Pure Growth | A | Dividend | K | T | Buy | 08/06/15 | K | | |
| 61. -Powershares QQQ | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 62. -Schwab US Mid-Cap | A | Dividend | K | T | Buy | 07/07/15 | J | | |
| 63. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 64. -Vanguard Mid-Cap Growth Fund | A | Dividend | K | T | Buy | 08/04/15 | J | | |
| 65. -Guggenheim FDS TR Mid Cap Value Ser | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 66. | | | | | Sold (part) | 08/04/15 | J | A | |
| 67. | | | | | Sold (part) | 10/28/15 | J | A | |
| 68. --Delaware Group Equity FDS II Value Fd | A | Dividend | J | T | Buy | 01/07/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 70. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 71.   -Federated Equity FDS Absolute Return Fund | A | Dividend | K | T | Buy | 08/04/15 | J | | |
| 72. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 73.   -Financial Invs Trust Emerald Growth Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 74. | | | | | Sold (part) | 10/28/15 | J | A | |
| 75.   -Bond Fund of Amer the Class F2 | A | Dividend | J | T | Buy | 07/06/15 | J | | |
| 76. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 77. | | | | | Sold (part) | 10/28/15 | K | | |
| 78.   -American Funds Growth Fund of America | A | Dividend | K | T | Buy | 01/07/15 | K | | |
| 79. | | | | | Sold (part) | 08/04/15 | J | A | |
| 80. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 81.   -Harbor Fd Cap Appreciation FD | A | Dividend | K | T | Buy | 01/07/15 | K | | |
| 82. | | | | | Sold (part) | 08/04/15 | J | A | |
| 83. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 84.   -American Funds New World Fund | A | Dividend | K | T | Buy | 01/07/15 | K | | |
| 85. | | | | | Buy (add'l) | 08/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/28/15 | J | A | |
| 87.   -American Funds Washington Mutual FD F2 | A | Dividend | K | T | Buy | 01/07/15 | K | | |
| 88. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 89. | | | | | Sold (part) | 08/04/15 | J | A | |
| 90. | | | | | Sold (part) | 10/28/15 | J | A | |
| 91.   -American Europacific Growth Fun CL F2 | A | Dividend | K | T | Buy | 01/07/15 | K | | |
| 92. | | | | | Sold (part) | 08/04/15 | J | A | |
| 93. | | | | | Buy (add'l) | 10/28/15 | K | | |
| 94.   -Nuveen Invt FDS Reas Estate SECs | A | Dividend | K | T | Buy | 01/07/15 | K | | |
| 95. | | | | | Sold (part) | 08/04/15 | J | A | |
| 96. | | | | | Buy (add'l) | 10/28/15 | K | | |
| 97.   -Virtus Emerging Markets Opportunities FND | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 98. | | | | | Sold (part) | 08/04/15 | J | A | |
| 99. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 100.   -Smallcap World FD CL F2 | A | Dividend | K | T | Buy | 01/07/15 | J | | |
| 101. | | | | | Buy (add'l) | 01/09/15 | J | | |
| 102. | | | | | Sold (part) | 08/04/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 104. -Victory Portfoloios Munder Mid Cap Core Growth | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 105. | | | | | Sold (part) | 08/04/15 | J | A | |
| 106. -American High Income Trust | A | Dividend | | | Buy | 01/07/15 | J | | |
| 107. | | | | | Sold (part) | 08/04/15 | J | | |
| 108. | | | | | Sold | 10/28/15 | J | | |
| 109. -Deleware Group Equity FDS II Vlaue Fd | A | Dividend | | | Buy | 01/07/15 | J | | |
| 110. | | | | | Sold | 08/04/15 | J | A | |
| 111. -First Trust Nasdaq 100 Equal Weighted Index | A | Dividend | | | Buy | 01/07/15 | J | | |
| 112. | | | | | Sold | 08/04/15 | K | B | |
| 113. -Goldman Sachs Strategic Income Fd | A | Dividend | | | Buy | 01/07/15 | J | | |
| 114. | | | | | Sold | 08/04/15 | J | A | |
| 115. -Harbor Fund Small Cap Value FD | A | Dividend | | | Buy | 01/09/15 | K | | |
| 116. | | | | | Sold | 08/04/15 | K | A | |
| 117. -Ishares 20+year treasury Bond | A | Dividend | | | Buy | 01/07/15 | J | | |
| 118. | | | | | Sold | 04/16/15 | J | A | |
| 119. -Ishares Currency Hedged MSCI Germany | A | Dividend | | | Buy | 04/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 121. | | | | | Sold | 07/09/15 | K | A | |
| 122.  -JP Morgan TR II Core Bd Fd Select | A | Dividend | | | Buy | 01/07/15 | J | | |
| 123. | | | | | Sold (part) | 08/04/15 | J | A | |
| 124. | | | | | Sold | 10/28/15 | J | A | |
| 125.  -Pimco Income Fund | A | Dividend | | | Buy | 08/06/15 | J | | |
| 126. | | | | | Sold | 10/28/15 | J | A | |
| 127.  -Vanguard Extended Duration Treasury | A | Dividend | | | Buy | 01/07/15 | J | | |
| 128. | | | | | Sold | 04/16/15 | J | A | |
| 129.  -Vanguard S&P Small Cap 600 | A | Dividend | | | Buy | 01/07/15 | K | | |
| 130. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 131. | | | | | Sold | 10/28/15 | K | A | |
| 132.  -Vanguard Long Term Corp Bond | A | Dividend | | | Buy | 01/07/15 | J | | |
| 133. | | | | | Sold | 04/16/15 | J | A | |
| 134. | | | | | | | | | |
| 135.  -Wisdomtree Midcacp | A | Dividend | | | Buy | 01/07/15 | J | | |
| 136. | | | | | Buy (add'l) | 07/06/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 07/07/15 | J | A | |
| 138. -Wisdometree Japan Hedged Equeity | A | Dividend | | | Buy | 04/16/15 | J | | |
| 139. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 140. | | | | | Sold | 07/09/15 | K | A | |
| 141. IRA #1 | | | | | | | | | |
| 142. -Europacific Growth Fd, cl A | A | Dividend | J | T | | | | | |
| 143. -Growth Fund America, Cl A | A | Dividend | J | T | | | | | |
| 144. -New Economy Fund SBI Cl A | A | Dividend | J | T | | | | | |
| 145. -Smallcap World Fd A | A | Dividend | J | T | | | | | |
| 146. -Wash Mutl Invs Fd Inc, Cl A | A | Dividend | J | T | | | | | |
| 147. IRA #2 | | | | | | | | | |
| 148. -Artisan Partners FDS Small Cap FDS | A | Dividend | | | Sold | 01/06/15 | J | C | |
| 149. -Blackrock FDS II Core Bond Port Instl Class | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 150. -Blair William Fds, Intl Growth Fd Cl 1 | A | Dividend | | | Sold | 01/06/15 | J | B | |
| 151. -Delaware Group Adviser Fds Inc, US Growth | A | Dividend | | | Sold | 01/06/15 | J | D | |
| 152. -Goldman Sachs Tr, Finl Square Treas Instrs Fd | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 153. -Harris Assoc Invt Tr, Oakmark Intl Fd Cl 1 | A | Dividend | | | Sold | 01/06/15 | J | B | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Hotchkis & Wiley Fds, Mid Cap Value Fd Cl 1 | A | Dividend | | | Sold | 01/06/15 | J | C | |
| 155. -Mainstay FDS TR Marketfield Fd | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 156. -John Hancock Funds II Absolute Return Currency | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 157. -JP Morgan TR 1, US Large Cap Core Plus Fd | A | Dividend | | | Sold | 01/06/15 | K | D | |
| 158. -Nationwide Mut FD New Geneva M/Cap Growth Fd* | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 159. -Neuberger Berman Alternative Fds Long Short Fd | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 160. -Blackrock FDS Emerging MKT Long/Short Equity FD | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 161. -Putnam Absolute Return | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 162. -Heartland Value Plus FD | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 163. -Oppenheimer Dev Mkts, CL Y | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 164. -PIMCO Fds Pac Invt, Mgmt ser commodity Real Return Fd | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 165. -Dreyfus, Emerging Mkts Fd, Cl 1 | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 166. -T Rowe Price Real Est | A | Dividend | | | Sold | 01/06/15 | J | B | |
| 167. -TCW Fds Inc Relative, Value Lrge Cap Fd Cl 1 | A | Dividend | | | Sold | 01/06/15 | J | D | |
| 168. -Natixis Fds Tr II, Asg Mngd Futures Strategy Fd | A | Dividend | | | Sold | 01/06/15 | J | A | |
| 169. -Guggenheim S&P Small Cap 600 Pure Growth | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 170. -Powershares QQQ | A | Dividend | J | T | Buy | 10/28/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Schwab US Mid-Cap | A | Dividend | J | T | Buy | 07/07/15 | J | | |
| 172. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 173.  -Vanguard Mid-Cap Growth Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 174.  -American Cap World Bd Class F2 | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 175.  -Blackrock FDS Mid Cap Growth Port | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 176.  -Federated Equity FDS Absolute Return Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 177. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 178.  -Fidelity Advisor Emerging Markets | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 179. | | | | | Sold (part) | 10/28/15 | J | A | |
| 180.  -Fidelity Advisor SER II Short Fixed Income Fd | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 181. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 182.  -Bond Fund of AmericaClass F2 | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 183. | | | | | Sold (part) | 08/04/15 | J | A | |
| 184. | | | | | Sold (part) | 10/28/15 | J | A | |
| 185.  -American Funds Growth Fund of America | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 186. | | | | | Sold (part) | 08/04/15 | J | A | |
| 187.  -American Funds New World Fund CL F2 | A | Dividend | J | T | Buy | 01/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 189. | | | | | Sold (part) | 10/28/15 | J | A | |
| 190.  -American Funds Washington Mutual Fd | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 191. | | | | | Sold (part) | 08/04/15 | J | A | |
| 192. | | | | | Sold (part) | 10/28/15 | J | A | |
| 193.  -Janus Invt Fd Flexible Bd Fd Class I (In 80 from 2014 disclosure) | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 194. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 195. | | | | | Sold (part) | 08/04/15 | J | A | |
| 196. | | | | | Sold (part) | 10/28/15 | J | A | |
| 197.  -Metropolitan West FDS Total Return BD | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 198. | | | | | Sold (part) | 08/04/15 | J | A | |
| 199. | | | | | Sold (part) | 10/28/15 | J | A | |
| 200.  -JPMorgan TR I Interpid Value Fd Select | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 201. | | | | | Sold (part) | 08/04/15 | J | A | |
| 202.  -JP Morgan TR II Core Bd Fd Select | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 203.  -American Europacific Growth Fu CL F2 | A | Dividend | K | T | Buy | 01/15/15 | J | | |
| 204. | | | | | Sold (part) | 08/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 206. -Nuveen Invt Fds Real Estate SECs Fund | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 207. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 208. -Virtus Emerging Markets Opportunities Fnd | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 209. | | | | | Sold (part) | 08/04/15 | J | A | |
| 210. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 211. -Pimco FDS Income Fund Class P | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 212. | | | | | Sold (part) | 10/29/15 | J | A | |
| 213. -Smallcap World Fd | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 214. | | | | | Sold (part) | 08/04/15 | J | A | |
| 215. -TRowe Price Blue Chip Growth Fund | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 216. | | | | | Sold (part) | 08/04/15 | J | A | |
| 217. -American High Income Trust Class F2 | A | Dividend | | | Buy | 01/15/15 | J | | |
| 218. | | | | | Sold (part) | 08/14/15 | J | A | |
| 219. | | | | | Sold | 10/28/15 | J | A | |
| 220. -First Trust Nasdaq 1 equal weighted Index | A | Dividend | | | Buy | 01/15/15 | J | | |
| 221. | | | | | Sold | 08/04/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 38

Name of Person Reporting

King, Leo L.

Date of Report

05/12/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Goldman Sachs TR Strategic Income Fd | A | Dividend | | | Buy | 01/15/15 | J | | |
| 223. | | | | | Sold | 08/05/15 | J | A | |
| 224. -Harbor Fund Small Cap Value Fd | A | Dividend | | | Buy | 01/15/15 | J | | |
| 225. | | | | | Sold | 08/04/15 | J | A | |
| 226. -Ishares 20+ year Treasury Bond | A | Dividend | | | Buy | 01/15/15 | J | | |
| 227. | | | | | Sold | 04/16/15 | J | A | |
| 228. -Janus Invt Fd Perkins Mid Cap Value Fd | A | Dividend | | | Buy | 01/15/15 | J | | |
| 229. | | | | | Sold | 08/04/15 | J | A | |
| 230. -Pimco Fds Pac Invt Mgmt Ser-Commodity Real Return | A | Dividend | | | Buy | 01/15/15 | J | | |
| 231. | | | | | Sold | 08/04/15 | J | A | |
| 232. -Prudential Jennison Mid Cap Growth Fnd | A | Dividend | | | Buy | 01/15/15 | J | | |
| 233. | | | | | Sold (part) | 08/04/15 | J | A | |
| 234. | | | | | Sold | 10/28/15 | J | A | |
| 235. -Vanguard Long Term corp Bond | A | Dividend | | | Buy | 01/15/15 | J | | |
| 236. | | | | | Sold | 04/16/15 | J | A | |
| 237. -Vanguard S&P Small Cap 600 | A | Dividend | | | Buy | 01/15/15 | J | | |
| 238. | | | | | Buy (add'l) | 08/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 10/28/15 | J | A | |
| 240.  -Vanguard Extended Duration Treasury | A | Dividend | | | Buy | 01/15/15 | J | | |
| 241. | | | | | Sold | 04/16/15 | J | A | |
| 242.  -Wisdomtree Midcap | A | Dividend | | | Buy | 01/15/15 | J | | |
| 243. | | | | | Sold | 07/07/15 | J | A | |
| 244.  -Wisdomtree Japan Hedged Equity Fnd | A | Dividend | | | Buy | 01/15/15 | J | | |
| 245. | | | | | Sold | 07/07/15 | J | A | |
| 246.  -Ishares Currency Hedged MSCI Germany | A | Dividend | | | Buy | 04/16/15 | J | | |
| 247. | | | | | Sold | 07/09/15 | J | A | |
| 248.  -Ishares China Large Cap | A | Dividend | | | Buy | 04/16/15 | J | | |
| 249. | | | | | Sold | 07/09/15 | J | A | |
| 250.  -Financial Invs Trust Emerald Growth Fund | A | Dividend | | | Buy | 08/04/15 | J | | |
| 251. | | | | | Sold | 10/28/15 | J | A | |
| 252.  TRUST #1 | | | | | | | | | |
| 253.  -Wells Fargo Money Mrkt Account | A | Int./Div. | J | T | | | | | |
| 254.  -Guggenheim S&P Small ET Cap Pure Growth | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 255.  -Powershares QQQ TR | A | Dividend | J | T | Buy | 08/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Schwab US Mid Cap ET | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 257. -Vanguard Mid-cap Growth Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 258. -American Cap World Bd | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 259. -BlackrockFDS Mid Cap Growth Port | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 260. -Federated Equity FDS Absolute Return Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 261. -Fidelity Advisor Emerging Mrkts | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 262. | | | | | Sold (part) | 10/28/15 | J | A | |
| 263. -Fidelity Advisor Ser I Short Fixed Income FD | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 264. -Bond Fund of America, Cl A | A | Int./Div. | J | T | Sold (part) | 01/14/15 | K | B | |
| 265. | | | | | Sold (part) | 08/04/15 | J | A | |
| 266. | | | | | Sold (part) | 10/28/15 | J | A | |
| 267. -Capital Income Bldr, Cl A | A | Dividend | | | Sold | 01/14/15 | K | B | |
| 268. -American Funds Growth Fund of America (Ln 105 of 2014 disclosure) | A | Dividend | J | T | Sold (part) | 01/14/15 | J | B | |
| 269. | | | | | Sold (part) | 08/04/15 | J | A | |
| 270. -American Funds New World FD | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 271. -American Funds Washington Mutual FD | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 272. | | | | | Sold (part) | 08/04/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -Janus Invt FD Flexible BD FD | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 274. | | | | | Sold (part) | 01/14/15 | J | A | |
| 275.  -Metropolitan West FDS Total Return BD FD | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 276. | | | | | Sold (part) | 08/04/15 | J | A | |
| 277. | | | | | Sold (part) | 10/28/15 | J | A | |
| 278.  -JP Morgan TR I Intrepid Value FD | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 279.  -JP Morgan TR II Core BD FD Select CL | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 280.  -American Europacific Growth Fd, Cl A (Ln 104 of 2014 disclosure) | A | Dividend | J | T | Buy (add'l) | 01/14/15 | J | | |
| 281. | | | | | Sold (part) | 08/04/15 | J | A | |
| 282.  -Nuveen Invt FDS Real Estate SECs Fund | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 283.  -Virtus Emerging Markets Opportunities FND | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 284.  -Pimco FDS Income Fund Class P | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 285.  -SmallCAP World FD Inc CL F2 | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 286.  -T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 287.  -Investment Co America CL A | A | Dividend | | | Sold | 01/14/15 | J | C | |
| 288.  -American High Income Trust | A | Dividend | | | Buy | 01/14/15 | J | | |
| 289. | | | | | Sold | 10/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Financial INVS Trust Emerald Growth Fund | A | Dividend | | | Buy | 08/04/15 | J | | |
| 291. | | | | | Sold | 10/28/15 | J | A | |
| 292. -First Trust NASDAQ 100 Equal Weighted Index | A | Dividend | | | Buy | 01/14/15 | J | | |
| 293. | | | | | Sold | 08/04/15 | J | A | |
| 294. -Goldman Sachs TR Strategic Income Fd | A | Dividend | | | Buy | 01/14/15 | J | | |
| 295. | | | | | Sold | 08/04/15 | J | A | |
| 296. -Goldman Sachs TR Strategic Income FD | A | Dividend | | | Buy | 07/08/15 | J | | |
| 297. | | | | | Sold | 08/04/15 | J | A | |
| 298. -Harbor Fund Small Cap Value FD | A | Dividend | | | Buy | 07/08/15 | J | | |
| 299. | | | | | Sold | 08/04/15 | J | A | |
| 300. -Ishares ETF China Large Cap | A | Dividend | | | Buy | 04/16/15 | J | | |
| 301. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 302. | | | | | Sold | 07/09/15 | J | A | |
| 303. -Ishares 20+ year ETF Treashury Bond | A | Dividend | | | Buy | 01/14/15 | J | | |
| 304. | | | | | Sold | 04/16/15 | J | A | |
| 305. | | | | | | | | | |
| 306. -Ishares Currency ETF Hedged MSCI Germany ETF | A | Dividend | | | Buy | 04/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 308. | | | | | Sold | 07/09/15 | J | A | |
| 309. -Janus Invt Fd Perkins Mid Cap Value | A | Dividend | | | Buy | 01/14/15 | J | | |
| 310. | | | | | Sold | 08/04/15 | J | A | |
| 311. -Pimco FDS PAC Invt mgmt ser-commodoty real | A | Dividend | | | Buy | 01/14/15 | J | | |
| 312. | | | | | Sold | 10/28/15 | J | A | |
| 313. -Prudential Jennison Mid-Cap Growth Fnd | A | Dividend | | | Buy | 01/14/15 | J | | |
| 314. | | | | | Sold | 10/28/15 | J | A | |
| 315. -Vanguard Extended Duration Treasury | A | Dividend | | | Buy | 01/14/15 | J | | |
| 316. | | | | | Sold | 04/16/15 | J | A | |
| 317. -Vanguard S&P Small -Cap | A | Dividend | | | Buy | 01/14/15 | J | | |
| 318. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 319. | | | | | Sold | 10/28/15 | J | A | |
| 320. -WindsomeTree Mid Cap Div Fd | A | Dividend | | | Buy | 01/14/15 | J | | |
| 321. | | | | | Sold | 07/07/15 | J | A | |
| 322. -Wisdomtree Japan Hedged Equity Fund | A | Dividend | | | Buy | 04/16/15 | J | | |
| 323. | | | | | Sold | 07/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  TRUST #2 | | | | | | | | | |
| 325.  -Well Fargo Money Mrkt Account | A | Interest | J | T | | | | | |
| 326.  -Guggenheim S&P Small cap 600 pure growth | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 327.  -Powershares QQQ TR Series 1 | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 328.  -Schwab US Mid-Cap | A | Dividend | J | T | Buy | 07/07/15 | J | | |
| 329. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 330.  -Vanguard Mid Cap Growth Fund | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 331.  -American Cap World Bd | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 332.  -Blackrock FDS Mid Cap Growth Port | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 333.  -Federated Equity FDS Absolute Return Fund | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 334.  -Fideltity Advisor Emerging Mrkts | A | Dividend | J | T | Buy | 08/04/15 | J | | |
| 335.  -Fidelity AdvisorSER II Short Fixed Incom FD | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 336.  -Bond Fund of America, Cl A | A | Dividend | J | T | Sold (part) | 01/14/15 | J | B | |
| 337. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 338. | | | | | Sold (part) | 08/04/15 | J | A | |
| 339. | | | | | Sold (part) | 10/28/15 | J | A | |
| 340.  -Capital Income Bldr, Cl A | A | Dividend | | | Sold | 01/14/15 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -American Funds Growth Fund America, Cl A (Ln 112 of 2014 disclosure) | A | Dividend | J | T | Sold (part) | 01/14/15 | J | A | |
| 342. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 343. | | | | | Sold (part) | 08/04/15 | J | A | |
| 344. -American Funds New World Fund | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 345. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 346. -American Funds Washington Mutual FD | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 347. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 348. | | | | | Sold (part) | 08/04/15 | J | A | |
| 349. -Janus Invt Fd Flexible Bd Fd | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 350. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 351. | | | | | Sold (part) | 10/28/15 | J | A | |
| 352. --Metropolitan West Fds Total Treturn Bd Fd | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 353. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 354. | | | | | Sold (part) | 08/04/15 | J | A | |
| 355. | | | | | Sold (part) | 10/28/15 | J | A | |
| 356. -JPMorgan TR I Intrepid Value Fd | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 357. -JPMorgan TR II Core Bd Fd Select | A | Dividend | J | T | Buy | 01/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. -American Europacific Growth (In 111 on 2014 disclosure) | A | Dividend | J | T | Buy (add'l) | 01/14/15 | J | | |
| 359. -Nuveen Invt FDS Reas Estate SECs Fund | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 360. -Virtus Emerging Markets Opportunities Fnd | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 361. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 362. -Pimco Fds Income Fund Class P | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 363. | | | | | Sold (part) | 10/28/15 | J | A | |
| 364. -Smallcap World Fd CL F2 | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 365. -T Rowe Price Blue Chop Growth Fund | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 366. -Investment Co America, Cl A | A | Dividend | | | Sold | 01/14/15 | K | C | |
| 367. -American High Income Trust | A | Dividend | | | Buy | 01/14/15 | J | | |
| 368. | | | | | Sold | 10/28/15 | J | A | |
| 369. -American Cap World Bd | A | Dividend | | | Buy | 01/14/15 | J | | |
| 370. | | | | | Sold | 10/28/15 | J | A | |
| 371. -Financial Trust Nasdaq100 equal Weighted Index | A | Dividend | | | Buy | 01/14/15 | J | | |
| 372. | | | | | Sold | 08/04/15 | J | A | |
| 373. -Goldman Sachs Tr Strategic Income Fd | A | Dividend | | | Buy | 01/14/15 | J | | |
| 374. | | | | | Sold | 08/04/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  -Harbor Fund Small Cap Value Fd | A | Dividend | | | Buy | 01/14/15 | J | | |
| 376. | | | | | Sold | 08/04/15 | J | A | |
| 377.  -Ishares China Large Cap | A | Dividend | | | Buy | 04/16/15 | J | | |
| 378. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 379. | | | | | Sold | 07/09/15 | J | A | |
| 380.  -Ishares 20+ year treasury Bond | A | Dividend | | | Buy | 01/14/15 | J | | |
| 381. | | | | | Sold | 04/16/15 | J | A | |
| 382.  -Ishares Currency Hedged MSCI Germany | A | Dividend | | | Buy | 04/16/15 | J | | |
| 383. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 384. | | | | | Sold | 07/09/15 | J | A | |
| 385.  -Janus Invt Fd Perkins Mid Cap Value | | | | | Buy | 01/14/15 | J | | |
| 386. | | | | | Sold | 08/04/15 | J | A | |
| 387.  -Pimco Fds Pac Invt Mgmt Ser-Commodity Real | A | Dividend | | | Buy | 01/14/15 | J | | |
| 388. | | | | | Sold | 08/04/15 | J | A | |
| 389.  -Prudential Jennison Mid-Cap Growth Fnd | A | Dividend | | | Buy | 01/14/15 | J | | |
| 390. | | | | | Sold (part) | 08/04/15 | J | A | |
| 391. | | | | | Sold | 10/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Vanguard Extended Duration Treasury | A | Dividend | | | Buy | 01/14/15 | J | | |
| 393. | | | | | Sold | 04/16/15 | J | A | |
| 394. -Vanguard S&P Small-Cap 600 | A | Dividend | | | Buy | 01/14/15 | J | | |
| 395. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 396. | | | | | Sold | 10/28/15 | J | A | |
| 397. -Vanguard Long Term Corp Bond | A | Dividend | | | Buy | 01/14/15 | J | | |
| 398. | | | | | Sold | 04/16/15 | J | A | |
| 399. -Virtus Emerging Markets | A | Dividend | | | Buy | 01/15/15 | J | | |
| 400. | | | | | Sold | 08/04/15 | J | A | |
| 401. -Wisdometree Midcap | A | Dividend | | | Buy | 01/14/15 | J | | |
| 402. | | | | | Sold | 07/07/15 | J | A | |
| 403. -Wisdomtree Japan Hedged Equity Fund | A | Dividend | | | Buy | 04/16/15 | J | | |
| 404. | | | | | Sold | 07/09/15 | J | A | |
| 405. 401(k) #1 | | | | | | | | | |
| 406. -American Funds Income Fnd R3 | E | Dividend | M | T | | | | | |
| 407. Royal Crown Bottling Corp (2011 Appraisal) | A | Distribution | P1 | Q | | | | | |
| 408. RC Transportation Co. (2010 Appraisal) | G | Distribution | O | Q | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. Rental Agricultural Property, Henderson County, Ky ($57,036) | E | Rent | K | S | | | | | |
| 410. POP Investments, LLC (Aggregate Ownership Arrangement) | | | L | | | | | | |
| 411. -Principal Preferred Securities Inst | B | Dividend | K | T | Buy | 07/28/15 | K | | |
| 412. -Touchstone Flexible Income Fund | B | Dividend | K | T | Buy | 07/28/15 | K | | |
| 413. -Signet Jewelers Stock | A | Dividend | K | T | Buy | 06/04/15 | K | | |
| 414. -Alexion Pharmaceuticals Stock | A | Dividend | K | T | Buy | 06/04/15 | K | | |
| 415. -Alliant Corp Stock | B | Dividend | K | T | | | | | |
| 416. -Amzn Stock | A | Dividend | K | T | | | | | |
| 417. -Anheuser Busch Inbev Stock | A | Dividend | | | Sold | 05/06/15 | K | C | |
| 418. -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 419. -Autozone Inc Stock | A | Dividend | K | T | | | | | |
| 420. -California Res Corp Stock | A | Dividend | | | Sold | 03/02/15 | J | A | |
| 421. -Celgene Corp Stock | A | Dividend | L | T | | | | | |
| 422. -Chevron Corp Stock | B | Dividend | K | T | | | | | |
| 423. -Chubb Corp Stock | A | Dividend | K | T | | | | | |
| 424. -Clorox Co Stock | A | Dividend | K | T | | | | | |
| 425. -ConocoPhillips Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -CVS Stock | A | Dividend | | | Buy | 05/06/15 | J | | |
| 427. | | | | | Buy (add'l) | 05/07/15 | J | | |
| 428. | | | | | Sold | 05/22/15 | K | A | |
| 429. -Deere & Co Stock | A | Dividend | J | T | | | | | |
| 430. -Duke Energy Corp Stock | A | Dividend | J | T | | | | | |
| 431. -East West Bancorp Inc Stock | A | Dividend | K | T | | | | | |
| 432. -Emerson Elec Co Stock | A | Dividend | | | Sold (part) | 07/07/15 | J | A | |
| 433. | | | | | Sold | 07/08/15 | J | A | |
| 434. -Exxon Mobil Corp Stock | A | Dividend | J | T | | | | | |
| 435. -Fireeye Inc. stock | A | Dividend | | | Buy | 05/11/15 | K | | |
| 436. | | | | | Sold | 11/18/15 | K | A | |
| 437. -FMC Technologies Inc. Stock | A | Dividend | J | T | | | | | |
| 438. -F5 Networks Inc | A | Dividend | | | Sold | 07/06/15 | K | D | |
| 439. -General Electric Co Stock | A | Dividend | K | T | | | | | |
| 440. -Gilead Sciences Inc Stock | B | Dividend | L | T | | | | | |
| 441. -Google Stock | A | Dividend | | | Buy | 07/06/15 | K | | |
| 442. | | | | | Sold | 07/22/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 38

**Name of Person Reporting**

King, Leo L.

**Date of Report**

05/12/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Huntsman Corp Stock | A | Dividend | | | Sold | 10/21/15 | K | A | |
| 444. -Intel Corp Stock | B | Dividend | K | T | | | | | |
| 445. -IBM Stock | B | Dividend | L | T | | | | | |
| 446. -JP Morgan Chase & Co. Stock | A | Dividend | K | T | | | | | |
| 447. -Johnson & Johnson Stock | B | Dividend | L | T | | | | | |
| 448. -Laboratory Corp Amer Hldgs Stock | A | Dividend | | | Sold | 06/04/15 | K | D | |
| 449. -Magna Intl Inc Stock | A | Dividend | K | T | Buy | 07/22/15 | K | | |
| 450. -McDonalds Corp Stock | A | Dividend | | | Sold | 03/15/15 | K | E | |
| 451. -Monster Beverage Corp Stock | A | Dividend | K | T | | | | | |
| 452. -National-Oilwell Inc. Stock | A | Dividend | J | T | | | | | |
| 453. -Nike Inc Stock | A | Dividend | | | Sold | 06/04/15 | K | D | |
| 454. -Novartis A G Stock | B | Dividend | K | T | | | | | |
| 455. -NOW Inc. Stock | A | Dividend | | | Sold | 02/20/15 | K | B | |
| 456. -Occidental Pete Corp Stock | A | Dividend | J | T | | | | | |
| 457. -Oracle Corp Stock | A | Dividend | K | T | | | | | |
| 458. -PNC Financial Services Group Stock | A | Dividend | K | T | | | | | |
| 459. -Packaging Corp Amer Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 461. -Regal Beloit Corp | A | Dividend | K | T | Buy | 07/07/15 | J | | |
| 462. | | | | | Buy (add'l) | 07/08/15 | K | | |
| 463. -Qualcomm Inc Stock | A | Dividend | | | Sold | 05/11/15 | K | D | |
| 464. -SBA Communications Corp Stock | A | Dividend | J | T | | | | | |
| 465. -Sherman WIlliams Co Stock | A | Dividend | J | T | Buy | 10/21/15 | J | | |
| 466. -Spectra Energy Corp | B | Dividend | J | T | | | | | |
| 467. -Trinity Inds Inc Stock | A | Dividend | J | T | | | | | |
| 468. -Tupperware Brands Corp. Stock | B | Dividend | J | T | | | | | |
| 469. -Tyson Foods Inc. Stock | A | Dividend | K | T | Buy | 03/05/15 | J | | |
| 470. | | | | | Buy (add'l) | 03/06/15 | K | | |
| 471. -US Bankcorp Del Stock | A | Dividend | K | T | | | | | |
| 472. -Vanguard Small Cap Value ETF | B | Dividend | K | T | | | | | |
| 473. -Virtus Insight Stock | A | Dividend | J | T | | | | | |
| 474. -Fifth Third Banksafe Trust Money Market Acct | A | Interest | M | T | | | | | |
| 475. TRUST #3 | | | | | | | | | |
| 476. -Fifth Third Banksafe Trust Money Market Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 38

**Name of Person Reporting**

King, Leo L.

**Date of Report**

05/12/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -Ishares Barclays Tips Bond Fund | A | Dividend | | | Sold | 03/25/15 | M | A | |
| 478. -Doubleline Total Return Bond I | B | Dividend | K | T | Buy | 07/30/15 | K | | |
| 479. -Touchstone Flexible Income Fund | B | Dividend | K | T | Buy | 07/30/15 | K | | |
| 480. -Accenture PLC Class A Stock | A | Dividend | K | T | | | | | |
| 481. -Signet Jewelers Stock | A | Dividend | K | T | Buy | 06/04/15 | K | | |
| 482. -AT&T Stock | A | Dividend | K | T | | | | | |
| 483. -Alexion Pharmaceuticals Stock | A | Dividend | K | T | Buy | 06/04/15 | K | | |
| 484. -Alliant Corp Stock | A | Dividend | | | Sold | 01/13/15 | K | D | |
| 485. -Amazon Comm Inc. Stock | A | Dividend | K | T | | | | | |
| 486. -Apple Inc Stock | A | Dividend | K | T | Sold (part) | 07/30/15 | K | D | |
| 487. -Autozone Inc Stock | A | Dividend | | | Sold | 07/30/15 | K | D | |
| 488. -Biogen IDEC stock | A | Dividend | J | T | | | | | |
| 489. -California Res Corp Stock | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 490. -Celgene Corp Stock | A | Dividend | K | T | Sold (part) | 07/06/15 | J | D | |
| 491. | | | | | Sold (part) | 07/14/15 | K | D | |
| 492. | | | | | Sold (part) | 07/30/15 | J | D | |
| 493. -Chevron Corp Stock | A | Dividend | | | Sold | 07/14/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 38

**Name of Person Reporting**

King, Leo L.

**Date of Report**

05/12/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. -Chubb Corp stock | A | Dividend | K | T | | | | | |
| 495. -Citigroup Inc Stock | A | Dividend | | | Sold | 07/06/15 | K | D | |
| 496. -Conoco Phillips Stock* | A | Dividend | J | T | | | | | |
| 497. -Deere & Co Stock | A | Dividend | K | T | | | | | |
| 498. -Ecolab Inc Stock | A | Dividend | K | T | Sold (part) | 07/30/15 | K | D | |
| 499. -Emerson Elec Co Stock | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 500. -Exxon Mobil Corp Stock | A | Dividend | | | Sold | 01/13/15 | K | C | |
| 501. -Federated Kaufmann Sm Sm Cap A | A | Dividend | | | Sold | 01/09/15 | K | C | |
| 502. -Fireeye Inc Stock | A | Dividend | | | Buy | 07/30/15 | K | | |
| 503. | | | | | Sold | 11/18/15 | J | A | |
| 504. -Gilead Sciences Inc Stock | A | Dividend | J | T | Sold (part) | 07/06/15 | J | D | |
| 505. | | | | | Sold (part) | 07/14/15 | J | D | |
| 506. | | | | | Sold (part) | 01/30/15 | J | D | |
| 507. -Huntsman Corp Stock | A | Dividend | | | Sold | 10/21/15 | J | A | |
| 508. -Johnson & Johnson Stock | A | Dividend | K | T | Sold (part) | 07/30/15 | K | D | |
| 509. -Mastercard Inc Stock | A | Dividend | J | T | Buy | 11/18/15 | J | | |
| 510. -Laboratory Corp Amer Hldgs Stock | A | Dividend | | | Sold | 06/04/15 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -McDonalds Corp Stock | A | Dividend | | | Sold | 03/05/15 | K | D | |
| 512. -McKesson Corp Stock | A | Dividend | J | T | | | | | |
| 513. -Medtronic Inc. Stock | A | Dividend | J | T | Sold (part) | 07/14/15 | J | C | |
| 514. . | | | | | Sold (part) | 07/30/15 | J | C | |
| 515. -Microsoft Corp Stock | A | Dividend | K | T | Sold (part) | 07/30/15 | J | D | |
| 516. -Monster Beverage Corp Stock | A | Dividend | K | T | Sold (part) | 07/30/15 | K | D | |
| 517. -Morgan Stanley Stock | A | Dividend | J | T | Sold (part) | 07/30/15 | J | B | |
| 518. -National-Oilwell Inc Stock | A | Dividend | | | Sold | 07/14/15 | J | B | |
| 519. -Nextera Energy Inc Stock | A | Dividend | K | T | | | | | |
| 520. -Nike Inc Stock | A | Dividend | | | Sold | 06/04/15 | J | C | |
| 521. -Novartis A G Stock | A | Dividend | | | Sold | 07/06/15 | K | D | |
| 522. -Now Inc Stock | A | Dividend | | | Sold | 01/13/15 | J | A | |
| 523. -Occidental Pete Corp Stock | A | Dividend | J | T | | | | | |
| 524. -Oppenheimer Steelpath Stock | A | Dividend | | | Buy | 07/30/15 | K | | |
| 525. . | | | | | Sold | 12/10/15 | K | A | |
| 526. -Oracle Corp Stock | A | Dividend | | | Sold | 07/30/15 | K | D | |
| 527. -Sherman Williams Co. Stock | A | Dividend | J | T | Buy | 10/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Tyson Foods Inc. Stock | A | Dividend | K | T | Buy | 03/05/15 | J | | |
| 529. | | | | | Buy (add'l) | 03/06/15 | K | | |
| 530. -Procter & Gamble Stock | A | Dividend | | | Sold | 07/14/15 | K | E | |
| 531. -Qualcomm Inc Stock | A | Dividend | | | Sold | 05/11/15 | K | D | |
| 532. -Templeton Global Invt Tr Frontier Markets FD | A | Dividend | | | Sold | 03/23/15 | J | A | |
| 533. -Tupperware Brands Corp Stock | A | Dividend | | | Sold | 07/14/15 | K | C | |
| 534. -US Bancorp Del Stock | A | Dividend | | | Sold | 01/13/15 | K | D | |
| 535. -Vanguard Small Cap Value | A | Dividend | | | Sold | 01/13/15 | L | E | |
| 536. -Verizon Communications Stock | | | | | | | | | |
| 537. -Virtus Insight TR Emerging Mkts | A | Dividend | | | Sold | 03/23/15 | J | A | |
| 538. -Wisdomtree Dieefa H/Y Eq Fund | A | Dividend | | | Sold | 01/13/15 | L | A | |
| 539. -PIMCO All Asset all Auth Fund | A | Dividend | | | Buy (add'l) | 01/12/15 | J | | |
| 540. | | | | | Sold | 03/23/15 | M | A | |
| 541. -Voya Mut Fds Intl FD | A | Dividend | | | Sold | 03/23/15 | L | D | |
| 542. -Litman Gregory Masters Alt Strategies Instl | A | Dividend | K | T | Buy | 07/30/15 | K | | |
| 543. -UBS E-Tracs Alerian ML: Infrastr Etn-Etf | B | Dividend | K | T | Buy | 12/14/15 | K | | |
| 544. -Voya Equity r Real Est Fd | A | Dividend | K | T | Buy | 07/30/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  -Schwab 1000 Index Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 204 of my Amended 2014 disclosure should have stated "sold (part).  The asset is listed on Line 496 of this disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Leo L. King

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544